UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SANDRA RAMIREZ, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, N.A.,<br><br>Defendant. | Case No. 5:14-cv-02175-EJD<br>Case No. 5:14-cv-02176-EJD<br>Case No. 5:14-cv-02177-EJD<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| AMIN MAKIN, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, N.A.,<br><br>Defendant. | |
| SHANNON JOHNSON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA CORPORATION,<br><br>Defendant. | |

Having reviewed these actions and considering their relation to two other cases - Rose v. Bank of America Corporation, Case No. 5:11-cv-02390-EJD and Duke et al v. Bank of America,

1
Case Nos.: 5:14-cv-02175-EJD ; 5:14-cv-02176-EJD; 5:14-cv-02177-EJD
ORDER CONTINUING CASE MANAGEMENT CONFERENCE

Case 5:14-cv-02175-EJD   Document 65   Filed 02/17/15   Page 2 of 2

1  N.A., Case No. 5:12-cv-04009-EJD - the court has determined that a scheduling conference is
2  unnecessary at this time.  Accordingly, the Case Management Conference in each action currently
3  scheduled for February 19, 2015, is CONTINUED to **10:00 a.m. on May 7, 2015.**  The parties
4  shall file a Joint Case Management Statement in each case on or before **April 30, 2015.**

   **IT IS SO ORDERED.**

Dated:  February 17, 2015



EDWARD J. DAVILA
United States District Judge
United States District Court
Northern District of California