United States District Court
Northern District of California

1
2
3
4
5
6

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| SANDRA RAMIREZ, et al., on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>BANK OF AMERICA, N.A.,<br><br>    Defendant. | Case No.  5:14-cv-02175-EJD<br>Case No.  5:14-cv-02176-EJD<br>Case No.  5:14-cv-02177-EJD<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
|---|---|
| AMIN MAKIN, on behalf of herself and all others similarly situated,<br><br>    Plaintiffs,<br>    v.<br><br>BANK OF AMERICA, N.A.,<br><br>    Defendant. | |
| SHANNON JOHNSON, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br>    v.<br><br>BANK OF AMERICA CORPORATION,<br><br>    Defendant. | |

In light of the recent order issued in <u>Rose v. Bank of America Corporation</u>, Case No. 5:11-cv-02390-EJD and <u>Duke et al v. Bank of America, N.A.</u>, Case No. 5:12-cv-04009-EJD on May 1,

2015, the court has determined that the scheduling conference in the above-entitled actions should be continued to allow the parties to determine the appropriate way to proceed at this point.

Accordingly, the Case Management Conference in each action currently scheduled for May 7, 2015, is CONTINUED to **10:00 a.m. on June 25, 2015.**  Although the court has disregarded this requirement previously, the parties *shall* file a Joint Case Management Conference Statement *in each case* on or before **June 18, 2015.**

**IT IS SO ORDERED.**

Dated:  May 4, 2015



EDWARD J. DAVILA
United States District Judge

2
Case Nos.: 5:14-cv-02175-EJD ; 5:14-cv-02176-EJD; 5:14-cv-02177-EJD
ORDER CONTINUING CASE MANAGEMENT CONFERENCE